No. 1114. Susan C. Higgins, Petitioner, v. Hervey E. Eaton, Executor, etc. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. A. F. Freeman* for the petitioner. *Mr. Edwin H. Risley* for the respondent.

---

No. 1121. St. Louis Southwestern Railway Company of Texas, Petitioner, v. The United States. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Perkins* and *Mr. Edward A. Haid* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Fowler* for the respondent.

---

No. 1122. North German Lloyd, Claimant, etc., Petitioner, v. Hamburg-American Lines et al. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Larocque* for the petitioner. *Mr. C. C. Burlingham* for the respondent.

---

No. 1123. Julius H. Blackburn, Petitioner, v. Ellsworth C. Irvine, Receiver, etc. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Daniel B. Henderson* and *Mr. Edwin W. Smith* for the petitioner. *Mr. Thomas Patterson* and *Mr. M. W. Acheson, Jr.*, for the respondent.